Fill in this information to identify the case:

Debtor name: FlyGLO, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alandia Air Torggatan 22100 Mariehamm, Finaland | | | | $1,130,381.44 | $210,000.00 | $920,381.44 |
| American Express PO Box 650448 Dallas, TX 03808-4896 | | | | | | $67,376.65 |
| Ameristate Bank 113 S Pennsylvania St Atoka, OK 74525-0718 | | | | | | $28,858.37 |
| Arkansas Times 201 E. Markham St. Ste 200 Little Rock, AR 72201 | | | | | | $5,345.00 |
| Aviation Inventory Resources 12240 E. FM Road 917 Alvarado, TX 76009 | | | | $312,097.29 | $50,000.00 | $262,097.29 |
| Bond/Maroch PR 3308-B Magazine Street New Orleans, LA 70115 | | | Disputed | | | $60,081.46 |
| Eastern Aviation 601 McCarthy Blvd New Bern, NC 28562 | | | | | | $63,511.29 |
| Empire Airlines 11559 N Atlas Road Hayden, ID 83835 | | | | | | $242,366.41 |
| GE Engine Services LLC 1 Neumann Way Cincinatti, OH 45215 | | | Disputed | | | $979,380.42 |

Debtor  FlyGLO, LLC
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nola Aviation<br>1516 Hackberry Ave<br>Metairie, LA 70001 | | | | | | $142,147.99 |
| Nortech<br>110 E. Thomas St<br>Hammond, LA 70401 | | | | | | $19,366.95 |
| PrimeFlight<br>PO Box 643780<br>Cincinatti, OH 45264 | | | | | | $70,735.21 |
| Proforma<br>PO Box 640814<br>Cincinatti, OH 45264 | | | | | | $121,218.33 |
| Radixx<br>6310 Hazeltine National Dr.<br>Orlando, FL 32882 | | | | | | $19,375.72 |
| SAAB<br>20700 Loudoun County Parkway<br>Ste 100<br>Ashburn, VA 20147 | | | | | | $56,846.25 |
| Shreveport Airport Authority<br>5103 Hollywood Ave<br>Ste 300<br>Shreveport, LA 71109 | | | | | | $33,712.68 |
| SkyCap | | | | | | $5,521.12 |
| Valtim Marketing Solutions<br>PO Box 809<br>Forest, VA 24551 | | | | | | $9,401.78 |
| William Lardent LLC<br>503 Tarver Ct<br>Smyrna, TN 37167 | | | | | | $11,770.60 |
| Worldwide Aircraft Services<br>2755 N. General Aviation Ave<br>#A<br>Springfield, MO 65803 | | | | | | $16,465.87 |

**Fill in this information to identify the case:**

Debtor name: FlyGLO, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2017

X _/s/ signature_
Signature of individual signing on behalf of debtor

Calvin C. "Trey" Fayard, III
Printed name

Chief Executive Officer
Position or relationship to debtor