**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 17-11015** |
| **FlyGLO, LLC** | **SECTION "B"** |
| **Debtor.** | **CHAPTER 11** |

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

    **Amanda B. George** files this notice of appearance as legal counsel for HENRY G. HOBBS, JR., Acting United States Trustee for Region 5, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

    Respectfully submitted,
    HENRY G. HOBBS, JR.
    Acting United States Trustee, Region 5

    By:*/s/ Amanda B. George*
    AMANDA B. GEORGE (31642)
    Trial Attorney
    400 Poydras Street, Suite 2110
    New Orleans, LA 70130
    Telephone: (504) 589-4018
    Direct: (504) 589-4092
    Facsimile: (504) 589-4096
    Amanda.B.George@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance of Counsel and Request for Service was served this April 24, 2017 via CM/ECF upon:

Douglas S. Draper on behalf of Debtor FlyGLO, LLC
dsd@hellerdraper.com, lcollins@hellerdraper.com;kfritscher@hellerdraper.com

    */s/ Amanda B. George*
    AMANDA B. GEORGE