UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------ X
                                                             :
In re                                                        :   Chapter 11
                                                             :
FlyGLO, LLC                                                  :   Case No. 17-11015
                                                             :
    Debtor                                            :   Section B
                                                             :
                                                             :   Judge Jerry Brown
------------------------------------------------------------ X

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that Wyoming Aviation Group, LLC hereby appears in this chapter 11 case by the undersigned counsel pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 (the "**Bankruptcy Rules**"), and pursuant to the Bankruptcy Rules and sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") request that the name of the undersigned counsel be added to the Master Service List in the above-captioned cases, and that all notices and papers delivered or served in these bankruptcy cases be delivered and served upon the following:

JONES WALKER LLP
R. Patrick Vance
Mark A. Mintz
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170
Tel:   (504) 582-8194
Fax:   (504) 589-8194
pvance@joneswalker.com
mmintz@joneswalker.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes notices of any orders,

{N3402729.1}

pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases, whether formal or informal, written or oral, and transmitted or conveyed electronically or by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, neither this appearance and request for notice nor any subsequent appearance, pleading, claim or suit is intended to be, and shall not been deemed to be, the consent of Wyoming Aviation Group, LLC to the jurisdiction of the Bankruptcy Court or a waiver of: (i) Wyoming Aviation Group, LLC's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Wyoming Aviation Group, LLC's right to trial by jury in any proceeding, or in any case, controversy or proceeding related hereto; (iii) Wyoming Aviation Group, LLC's's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Wyoming Aviation Group, LLC is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Wyoming Aviation Group, LLC expressly reserves.

Dated: April 24, 2017

/s/ Mark A. Mintz
R. Patrick Vance (LA Bar Roll No. 13008)
Mark A. Mintz (LA Bar Roll No. 31878)
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Tel:    (504) 582-8194
Fax:    (504) 589-8194
pvance@joneswalker.com
mmintz@joneswalker.com

Attorneys for Wyoming Aviation Group, LLC

{N3402729.1}