| Fill in this information to identify the case: |
| --- |

Debtor name ____FlyGLO, LLC_____

United States Bankruptcy Court for the: ____EASTERN DISTRICT OF LOUISIANA____

Case number (if known) ____17-11015_____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $ ____0.00____

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ ____1,824,282.37____

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ ____1,824,282.37____

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ____1,893,437.79____

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................ $ ____95,579.61____

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ____6,981,675.09____

4. Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b

   $ ____8,970,692.49____

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     FlyGLO, LLC

United States Bankruptcy Court for the:     EASTERN DISTRICT OF LOUISIANA

Case number (if known)     17-11015

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Regions | Checking | 7790 | $13,524.33 |
| 3.2. | IberiaBank | Checking | 2641 | $26,064.90 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$39,589.23

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | ACSTAR Insurance Company | $50,000.00 |
| 7.2. | New Orleans Aviation Board | $50,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    FlyGLO, LLC
_____    Case number *(If known)*  17-11015
          Name

| | | |
|---|---|---|
| 7.3. | LIT (Clinton National Airport) Airport Commission | $44,950.71 |
| 7.4. | MEM (Memphis, TN) Airport | $10,000.00 |
| 7.5. | TAC | $27,000.00 |
| 7.6. | Quickflight | $4,875.10 |
| 7.7. | Worldpay | $100,000.00 |
| 7.8. | Aircraft (Alandia) AC Deposit | $210,000.00 |
| 7.9. | Truman Arnold - Airport Deposit | $27,000.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid Insurance | $1,000.00 |
| 8.2. | Prepaid Rent-Office/Airport | $541.40 |
| 8.3. | Prepaid Maintenance Reserves (Alandia) | $426,858.66 |

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                    | $952,225.87 |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | FlyGLO, LLC | Case number *(If known)* | 17-11015 |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 149,839.04 | - | 0.00 | = .... | $149,839.04* |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | *as reflected by company books - not validated yet. |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$149,839.04*
*as reflected by company books - not validated yet.

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Furniture and Equipment | $220,119.66 | | $220,119.66 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$220,119.66

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FlyGLO, LLC | Case number *(If known)* | 17-11015 |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| 49.1. Equipment | $7,739.46 | | $7,739.46 |
| 49.2. Ground Equipment | $20,949.91 | | $20,949.91 |
| 49.3. Flight equipment | $6,708.20 | | $6,708.20 |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$35,397.57

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

- ☑ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. VPS (Destin, FL) -<br>Airport Lease | | Unknown | | Unknown |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FlyGLO, LLC | Case number *(if known)* | 17-11015 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | MEM (Memphis,TN) - Airport Lease | | Unknown | | Unknown |
| 55.3. | MSY (New Orleans, LA) - Airport Lease | | Unknown | | Unknown |
| 55.4. | LIT (Little Rock, AR) - Airport Lease | | Unknown | | Unknown |
| 55.5. | SHV (Shreveport, LA) - Airport Lease | | Unknown | | Unknown |
| 55.6. | HSV (Huntsville, AL) - Airport Lease | | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** FlyGLO trademark | Unknown | | Unknown |
| 61. **Internet domain names and websites** www.flyglo.com | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 5 |
|---|---|---|

| Debtor | FlyGLO, LLC | Case number *(If known)* 17-11015 |
|---|---|---|
| | Name | |

**65.**   **Goodwill**

**66.**   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

<table>
<tr><td align="right">$0.00</td></tr>
</table>

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**
Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|---|---|---|
| Fuel Tax Rebate | Tax year   Various | $110,000.00 |

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Restricted Cash - Sales First Western Trust | $233,892.10 |
| Debt Issuance Cost | $83,218.90 |

**78.**   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

<table>
<tr><td align="right">$427,111.00</td></tr>
</table>

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   FlyGLO, LLC _____   Case number *(If known)* 17-11015 _____
              Name

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | FlyGLO, LLC | Case number *(If known)* | 17-11015 |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,589.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $952,225.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $149,839.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $220,119.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,397.57 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $427,111.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,824,282.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,824,282.37 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __FlyGLO, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF LOUISIANA__

Case number (if known) __17-11015__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Alandia Air
Creditor's Name

Torggatan
22100
Mariehamm, Finaland
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
FLYGLO

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Subject to offset

**Describe the lien**
Security Deposit
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: $1,130,381.44    Column B: $284,000.00

**2.2** Aviation Inventory Resources
Creditor's Name

12240 E FM Road 917
Alvarado, TX 76009
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
$50,000.00 Security Deposit

**Describe the lien**
Security Deposit
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $312,097.29    Column B: $50,000.00

| Debtor | FlyGLO, LLC | Case number (if know) | 17-11015 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Clinton National Airport | Describe debtor's property that is subject to a lien | $21,280.00 | $44,950.71 |
|---|---|---|---|---|
| | Creditor's Name | $44,950.71 Security Deposit | | |

1 Airport Rd
Little Rock, AR 72202

Creditor's mailing address

**Describe the lien**
Security Deposit

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Corporate Flight Management, Inc. | Describe debtor's property that is subject to a lien | $239,191.22 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Subject to offset | | |

276 Doug Warpoole Road
Smyrna, TN 37167

Creditor's mailing address

**Describe the lien**
Security Deposit

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | Memphis International Airport | Describe debtor's property that is subject to a lien | $9,701.00 | $10,000.00 |
|---|---|---|---|---|
| | Creditor's Name | $10,000 Security Deposit | | |

2491 Whinchester Rd
Ste 113
Memphis, TN 38116-3856

Creditor's mailing address

**Describe the lien**
Security Deposit

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FlyGLO, LLC | Case number (if know) | 17-11015 |
|--------|-------------|----------------------|----------|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
0001

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | New Orleans Aviation Board | | | $68,196.84 | $50,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
$50,000 Security Deposit

PO Box 2007
New Orleans, LA 70141

Creditor's mailing address

**Describe the lien**
Security Deposit

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | TAC Air Shreveport | | | $85,030.00 | $27,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
$27,000 Security Deposit

PO Box 1481
Texarkana, TX 75504

Creditor's mailing address

**Describe the lien**
Security Deposit

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | Wells Fargo | | | $27,560.00 | $27,560.00 |

**Describe debtor's property that is subject to a lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | FlyGLO, LLC | Case number (if know) | 17-11015 |
|---|---|---|---|
| | Name | | |

Creditor's Name

Hobart Ground Power Unit

PO Box 7777
San Francisco, CA
94120-7777

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.9 | Worldpay | Describe debtor's property that is subject to a lien | $0.00 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

$100,000 Security Deposit

600 Morgan Falls Rd
Ste 600
Atlanta, GA 30350

Creditor's mailing address

**Describe the lien**

Security Deposit

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3E13

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,893,437.79

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kalmanson Law Office, PLLC
Kimberly Kalmanson, Esq.
One Grand Central Place
60 East 42nd Street, Ste. 1101
New York, NY 10165 | Line  2.4 | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name ___FlyGLO, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF LOUISIANA___

Case number (if known) ___17-11015___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>Clinton National Airport<br>1 Airport Rd<br>Little Rock, AR 72202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,528.17 | $4,528.17 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Huntsville-Madison County Airport<br>Auth.<br>1000 Glenn Hearn Blvd. SW<br>Huntsville, AL 35824 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.91 | $82.91 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FlyGLO, LLC | Case number (if known) | 17-11015 |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $0.00 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

Louisiana Department of Revenue
Collection Division
Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658

As of the petition filing date, the claim is: $0.00 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

Louisiana Workforce Commission
UI Tax and Adjudications
Attn: Bankruptcy Unit
PO Box 44127
Baton Rouge, LA 70804-4127

As of the petition filing date, the claim is: $0.00 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

New Orleans Aviation Board
PO Box 2007
New Orleans, LA 70141

As of the petition filing date, the claim is: $10,566.89 | $10,566.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | FlyGLO, LLC | | Case number (if known) | 17-11015 |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.47 | $141.47 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
Okaloosa County Airport (VPS)
1701 State Road 85 N
Eglin AFB, FL 32542

As of the petition filing date, the claim is: $141.47   $141.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
Shreveport Airport Authority
Attn: Director of Airports
5103 Hollywood Ave., Ste. 300
Shreveport, LA 71109

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
Tax Collector/Sheriff
Parish of Jefferson
PO Box 130
Gretna, LA 70053

As of the petition filing date, the claim is: $0.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address
U. S. Department of Justice
Civil Division, Commercial Lit
c/o Andrea H. Handel
1100 L Street NW, 8th Floor
Washington, DC 20530

As of the petition filing date, the claim is: $80,260.17   $80,260.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Federal and Segment exp

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | FlyGLO, LLC | Case number (if known) | 17-11015 |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address**
Air Carrier Management Company, LLC
276 Doug Warpoole Road
Smyrna, TN 37167

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Contract

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2** | **Nonpriority creditor's name and mailing address**
Alandia Air
Torggatan
22100
Mariehamm, Finaland

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$846,381.44**

---

**3.3** | **Nonpriority creditor's name and mailing address**
American Express
PO Box 650448
Dallas, TX 03808-4896

Date(s) debt was incurred _
Last 4 digits of account number  1E14

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$67,376.65**

---

**3.4** | **Nonpriority creditor's name and mailing address**
Ameristate
113 S Pennsylvania Street
Atoka, OK 74525-0718

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,812,972.86**

---

**3.5** | **Nonpriority creditor's name and mailing address**
Arkansas Times
201 E. Markham St.
Ste 200
Little Rock, AR 72201

Date(s) debt was incurred _
Last 4 digits of account number  3653

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,345.00**

---

**3.6** | **Nonpriority creditor's name and mailing address**
AT&T Internet
PO Box 5014
Carol Stream, IL 60197-5014

Date(s) debt was incurred _
Last 4 digits of account number  5475

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$528.70**

---

**3.7** | **Nonpriority creditor's name and mailing address**
Bond/Maroch PR
3308-B Magazine Street
New Orleans, LA 70115

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | FlyGLO, LLC | | Case number (if known) | 17-11015 |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Calvin C. "Trey" Fayard, III<br>c/o FlyGLO, LLC<br>PO Box 20249<br>New Orleans, LA 70141-0249 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Cox Business Internet<br>PO Box 771911<br>Detroit, MI 48277-1911 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $475.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1E13 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Eastern Aviation<br>601 McCarthy Blvd<br>New Bern, NC 28562 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,826.38 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4821 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Empire Airlines<br>11559 N Atlas Road<br>Hayden, ID 83835 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $222,366.41 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Fly Arkansas<br>2424 Airport Road<br>Harrison, AR 72601 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,820.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>GE Engine Services LLC<br>1 Neumann Way<br>Cincinatti, OH 45215 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $768,699.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Netchex-payroll<br>1155 HWY 190 E. Service Rd<br>Ste 1<br>Covington, LA 70433 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FlyGLO, LLC | Case number (if known) | 17-11015 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$166,602.74**

Nola Aviation
1516 Hackberry Ave
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,694.10**

Nortech
110 E. Thomas St
Hammond, LA 70401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,700.43**

PrimeFlight
PO Box 643780
Cincinatti, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9842

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190,485.40**

Proforma
PO Box 640814
Cincinatti, OH 45264

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0267

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,860.72**

Radixx
6310 Hazeltine National Dr.
Orlando, FL 32882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,978.74**

Razorline
111 Veterans Memorial Blvd
Ste 1620
Metairie, LA 70005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,001.27**

SAAB
20700 Loudoun County Parkway
Ste 100
Ashburn, VA 20147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7189

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | FlyGLO, LLC | Case number (if known) | 17-11015 |
|---|---|---|---|
| | Name | | |

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,659.15

Shreveport Airport Authority
5103 Hollywood Ave
Ste 300
Shreveport, LA 71109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** SHV-GLOAIR

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.16

SkyCap
PO Box 88029
Mobile, AL 36608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,063.20

U. S. Department of Justice
Civil Division, Commercial Lit
c/o Andrea H. Handel
1100 L Street NW, 8th Floor
Washington, DC 20530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Security TSA Fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,407.46

Valtim Marketing Solutions
PO Box 809
Forest, VA 24551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,485,000.00

Wells Fargo
PO BOX 7777
San Francisco, CA 94120-7777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 9001

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

William Lardent LLC
503 Tarver Ct
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,028.03

Worldwide Aircraft Services
2755 N. General Aviation Ave
#A
Springfield, MO 65803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | FlyGLO, LLC | Case number (if known) | 17-11015 |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Kalmanson Law Office, PLLC<br>Kimberly Kalmanson, Esq.<br>One Grand Central Place<br>60 East 42nd Street, Ste. 1101<br>New York, NY 10165 | Line _3.1_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 95,579.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,981,675.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 7,077,254.70 |

| Fill in this information to identify the case: |
|---|

Debtor name   FlyGLO, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   17-11015

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Payment Agent Agreement (09/09/2015) | |
|---|---|---|---|
| | State the term remaining | | Air Carrier Management Company, LLC |
| | List the contract number of any government contract | | 276 Doug Warpoole Road<br>Smyrna, TN 37167 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Engine Rental Agreement (GE CT7-9B) | |
|---|---|---|---|
| | State the term remaining | | Aviation Inventory Resources |
| | List the contract number of any government contract | | 12240 E FM Road 917<br>Alvarado, TX 76009 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Destin-Fort Walton Beach Airport  Signatory Airline Operating Agreement and Terminal Building Lease | |
|---|---|---|---|
| | State the term remaining | | Board of County Commissioners<br>Okaloosa County Courthouse |
| | List the contract number of any government contract | | 101 E. James Lee Boulevard<br>Crestview, FL 32536 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Sublease and Maintenance Agreement dated 09/09/2015 | |
|---|---|---|---|
| | State the term remaining | | Corporate Flight Management, Inc. |
| | List the contract number of any government contract | | 276 Doug Warpoole Road<br>Smyrna, TN 37167 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | FlyGLO, LLC | | | Case number (if known) | 17-11015 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Management Services and Charter Agreement dated 09/09/2015 | |
|---|---|---|---|
| | State the term remaining | | Corporate Flight Management, Inc. |
| | List the contract number of any government contract | | 276 Doug Warpoole Road Smyrna, TN 37167 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Non-Signatory Airline Lease Agreement 11052015-3 | |
|---|---|---|---|
| | State the term remaining | | Director of Aviation New Orleans Aviation Board |
| | List the contract number of any government contract | | PO Box 20007 New Orleans, LA 70141 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Engine Care Mainteance Plan, Engine Services Agreement dated 11/14/2014 CT7-9B Tourboprop Engines | |
|---|---|---|---|
| | State the term remaining | | GE Engine Services, LLC One Neumann Way |
| | List the contract number of any government contract | | Room 242 Cincinnati, OH 45215 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | HSV-Adopted Statement of Policy FY2017 | |
|---|---|---|---|
| | State the term remaining | | Huntsville-Madison County Airport Auth. 1000 Glenn Hearn Blvd. SW |
| | List the contract number of any government contract | | Huntsville, AL 35824 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Global Air Core Search | |
|---|---|---|---|
| | State the term remaining | | Kayak |
| | List the contract number of any government contract | | 7 Market Street Stamford, CT 06902 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | LIT-FlyGlo Airline Operating Permit | Little Rock Municipal Airport Commission Executive Director Bill & Hillary Clinton National Airport 1 Airport Drive |
|---|---|---|---|
| | State the term remaining | | Little Rock, AR 72202 |

| Debtor 1 | FlyGLO, LLC | | | Case number *(if known)* | 17-11015 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | Airline Use Permit dated 09/04/2015 |
| | State the term remaining | |
| | List the contract number of any government contract | Memphis-Shelby County Airport Authority<br>Memphis International Airport<br>2491 Winchester Road, Ste. 113<br>Memphis, TN 38116-3856 |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | Airline-Choice Software Suite Services & License Agreement dated 07/13/2016 |
| | State the term remaining | |
| | List the contract number of any government contract | MIS Choice, Inc.<br>1699 Wall St., Ste. 602<br>Mount Prospect, IL 60056 |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | Master Core Agreement dated 09/15/2015 |
| | State the term remaining | |
| | List the contract number of any government contract | Primeflight Aviation Services, Inc.<br>7135 Charlotte Pike, Ste. 100<br>Attn: Dir of Legal Affairs<br>Nashville, TN 37209 |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement dated 09/30/2016 Huntsville International Airport |
| | State the term remaining | |
| | List the contract number of any government contract | QuickFlight, Inc.<br>2 AirCargo Pkwy East<br>Swanton, OH 43558 |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement dated 04/15/2017 Shreveport Regional Airport |
| | State the term remaining | |
| | List the contract number of any government contract | QuickFlight, Inc.<br>2 AirCargo Pkwy East<br>Swanton, OH 43558 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | FlyGLO, LLC | | | Case number *(if known)* | 17-11015 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Standard Ground Handling Agreement dated 04/26/2017 Huntsville International Airport | |
|---|---|---|---|
| | State the term remaining | | QuickFlight, Inc. |
| | List the contract number of any government contract | | 2 AirCargo Pkwy East Swanton, OH 43558 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Software License and Hosting Services Agreement dated 10/29/2014 | |
|---|---|---|---|
| | State the term remaining | | Radixx Solutions International, Inc. |
| | List the contract number of any government contract | | 6310 Hazeltine National Drive Orlando, FL 32822 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Basic Services Licensing Agreement (VOIP) dated 10/15/2015 | |
|---|---|---|---|
| | State the term remaining | 10/2018 | Razorline LLC |
| | List the contract number of any government contract | | 111 Veterans Blvd., Ste. 803 Metairie, LA 70005 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Airline/Airport Use and Lease Agreement for Non-Signatory Passenger Air Carriers 12/02/2015 | |
|---|---|---|---|
| | State the term remaining | | Shreveport Airport Authority Attn: Director of Airports |
| | List the contract number of any government contract | | 5103 Hollywood Ave., Ste. 300 Shreveport, LA 71109 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Global Air Core Search | |
|---|---|---|---|
| | State the term remaining | | Skyscanner |
| | List the contract number of any government contract | | 1111 Brickell Ave., Ste. 2250 Miami, FL 33131 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Airport Services - General Terms Agreement dated 10/26/2015 | Truman Arnold Companies d/b/a TAC Air Attn: VP and COO |
|---|---|---|---|
| | State the term remaining | | 100 Crescent Court, Ste. 1600 Dallas, TX 75201 |

| Debtor 1 | FlyGLO, LLC | | | Case number *(if known)* | 17-11015 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Standard Services Contract - Revised 02/25/2016 | |
|---|---|---|---|
| | State the term remaining | | VALTIM, Incorporated d/b/a VALTIM Marketing Services 1095 Venture Drive Forest, VA 24551 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Lease Agreement dated 08/28/2015 Number: AA-FG01 Saab 340b aircraft | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank Northwest NA Corporate Trust Lease Group 260 North Charles Lindbergh Dr MAC: U1240-026 Salt Lake City, UT 84116 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Lease Agreement dated 10/15/2015 Number: AA-FG02 Saab 340b aircraft | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank Northwest NA Corporate Trust Lease Group 260 North Charles Lindbergh Dr MAC: U1240-026 Salt Lake City, UT 84116 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Aircraft Lease Agreement dated 12/01/2015 Number: AA-FG03 Saab 340b aircraft | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank Northwest NA Corporate Trust Lease Group 260 North Charles Lindbergh Dr MAC: U1240-026 Salt Lake City, UT 84116 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | GPU Agreement 2016 Hobart Jet-Ex 8 Ground Power Unit | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank, NA 300 Tri-State International Suite 400 Lincolnshire, IL 60069 |
| | List the contract number of any government contract | | |

| Debtor 1 | FlyGLO, LLC | | Case number *(if known)* | 17-11015 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Ground Handling Services Agreement dated 02/25/2016 | |
|---|---|---|---|
| | State the term remaining | | Winner Aviation Corporation |
| | List the contract number of any government contract | | 1453 Youngstown Kingsville Road Attn: Jerry Sovesky Vienna, OH 44473 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Services and Repair dated 12/07/2016 | |
|---|---|---|---|
| | State the term remaining | | Worldwide Aircraft Services, FInc. |
| | List the contract number of any government contract | | 2755 N. General Aviation Ave. Springfield, MO 65803 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    FlyGLO, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    17-11015

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Calvin C. "Trey" Fayard, III | c/o FlyGLO, LLC PO Box 20249 New Orleans, LA 70141-0249 | Ameristate | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.2 | Calvin C. "Trey" Fayard, III | c/o FlyGLO, LLC PO Box 20249 New Orleans, LA 70141-0249 | TAC Air Shreveport | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Calvin C. "Trey" Fayard, III | c/o FlyGLO, LLC PO Box 20249 New Orleans, LA 70141-0249 | ACSTAR Insurance Company | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | Cynthia Fayard | c/o R. Patrick Vance, Esq. Jones Walker 201 St. Charles Ave., #5100 New Orleans, LA 70170 | Wells Fargo | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    FlyGLO, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   17-11015

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 26, 2017          X _____
                                       Signature of individual signing on behalf of debtor

                                       Calvin C. "Trey" Fayard, III
                                       Printed name

                                       Chief Executive Officer
                                       Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy